**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   7:20-CV-034 |
| | § | |
| 44.697 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS; AND FORTCO | § | |
| PROPERTIES, LTD., | § | |
| | § | |
| *Defendants.* | § | |

---

### COMPLAINT IN CONDEMNATION
---

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§ 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/ Hilda M. Garcia Concepcion*
**HILDA M. GARCIA CONCEPCION**
Assistant United States Attorney
Southern District of Texas No.3399716
Puerto Rico Bar No. 15494
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8004
Facsimile:  (956) 618-8016
E-mail: Hilda.Garcia.Concepcion@usdoj.gov

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**<u>SCHEDULE C</u>**

<u>LEGAL DESCRIPTION</u>

Hidalgo County, Texas

Tract:  RGV-WSL-4002
Owner:  Fortco Properties, Ltd., *et al.*
Acres:  44.697

As identified in the General Warranty Deed, Document #: 2018-2895970, recorded on March 12, 2018 in the deed records of Hidalgo County:

**Being** a 44.697 acre tract (1,947,015 sq. ft.) of land located in the Agostadero Del Gato Grant, Hidalgo County, Texas; being out of a tract of land described in deed from Marcus Forthuber, et al to Fortco Properties, Ltd., recorded in Document Number 2018-2895970 of the Hidalgo County Official Records (H.C.O.R.), executed March 08, 2018, also being out of Lot 4, Block 3 of the Singleterry Subdivision, recorded in Volume 11, Page 49 of the Hidalgo County Map Records (H.C.M.R.) and Share 5, Block 4, of the Map of Munoz Partition, recorded in  Volume 12 Page 9 H.C.M.R  (Hidalgo County Appraisal District Property ID Nos. 860611, 860612, 244527, 284530, 244535, 244536, 284532, 244537, 307736, 518795 and 121382); said 44.697 acre tract being more particularly described by metes and bounds as follows:

**Commencing** at a found 3/8-inch iron rod on the south line of U.S. 281 (100' ROW Easement), recorded in Volume 652, Page 92, Volume 652, Page 97 and Volume 656, Page 219 of the Hidalgo County Deed Records (H.C.D.R.), the west line of Lot 5 of the Map of Proposed Partition Share Number One of Webber Partition, recorded in Volume 1091, Page 58 H.C.D.R. and the east line of Share 4, Block 4 of said Map of Munoz Partition,  having coordinates of N=16,554,764.21, E=1,119,113.24;

**Thence:** South 08°40'59" West, along the west line of said Map of Proposed Partition Share Number One of Webber Partition and the east line of said Map of Munoz Partition, a distance of 2,841.81 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-1", set, for the **Point of Beginning** and the northeast corner of the herein described tract, having coordinates of N=16,551,954.97, E=1,118,684.22, from which a found International Boundary Commission (IBC) disk in concrete bears North 04°50'51" East, 9.02 feet;

**Thence:** South 08°40'59" West, continuing along the west line of said Map of Proposed Partition Share Number One of Webber Partition and the east line of said Map of Munoz Partition, a distance of 266.48 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-2", set, for the southeast corner of herein described tract, from which a found IBC disk in concrete bears South 08°40'59" West, 13.46 feet;

**Thence:** South 84°20'01" West, departing the west line of said Map of Proposed Partition Share Number One of Webber Partition and the east line of said Map of Munoz Partition, a distance of 4,958.15 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-3", set, for an angle point on the south line of herein described tract;

**Thence:** North 24°51'12" West, a distance of 108.04 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-4", set, for an angle point on the south line of herein described tract;

**Thence:** North 59°14'45" West, a distance of 768.17 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-5", set, for an angle point on the south line of herein described tract;

**Thence:** North 75°33'51" West, a distance of 1,226.85 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-6", set, for an angle point on the south line of herein described tract;

**Thence:** North 85°47'06" West, a distance of 500.46 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-7", set, for an angle point on the south line of herein described tract;

**Thence:** South 46°29'34" West, a distance of 176.29 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-32=4002-8", set, for the southwest corner of herein described tract, being on the east line of a tract of land described in deeds to Frank Schuster Farms, Inc., recorded in Volume 1424, Page 279, Volume 1424, Page 284 and Volume 1424, Page 289 of the Hidalgo County Deed Records (H.C.D.R.), executed October 01, 1974, Document Number 1979-254 H.C.D.R., executed January 03, 1979 and Document Number 1994-372158 H.C.D.R., executed February 11, 1994, the east line of Lot 2, Block 6, Section III of the Alamo Tract of the Alamo Land and Sugar Company, recorded in Volume 1 Page 24 H.C.M.R and the west line of said Fortco Properties, Ltd. tract;

**Thence:** North 08°39'31" East, along the east line of said Lot 2, the east line of said Frank Schuster Farms, Inc. tract and the west line of said Fortco Properties, Ltd. tract, a distance of 386.22 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4000-31=4002-9", set, for the northwest corner of herein described tract;

**Thence:** South 32°58'28" East, departing the east line of said Lot 2, the east line of said Frank Schuster Farms, Inc. tract and the west line of said Fortco Properties, Ltd. tract, a distance of 29.04 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-10", set, for an angle point on the north line of herein described tract;

**Thence:** North 74°13'49" East, a distance of 70.37 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-11", set, for an angle point on the north line of herein described tract;

**Thence:** South 87°45'36" East, a distance of 55.13 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-12", set, for an angle point on the north line of herein described tract;

**Thence:** South 83°56'32" East, a distance of 546.62 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-13", set, for an angle point on the north line of herein described tract;

**Thence:** South 75°40'01" East, a distance of 557.77 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-14", set, for an angle point on the north line of herein described tract;

**Thence:** North 86°04'29" East, a distance of 12.33 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-15", set, for an angle point on the north line of herein described tract;

**Thence:** North 19°25'06" East, a distance of 35.69 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-16", set, for an angle point on the north line of herein described tract;

**Thence:** South 80°20'42" East, a distance of 52.49 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-17", set, for an angle point on the north line of herein described tract;

**Thence:** South 22°43'48" West, a distance of 35.11 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-18", set, for an angle point on the north line of herein described tract;

**Thence:** South 64°23'54" East, a distance of 35.15 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-19", set, for an angle point on the north line of herein described tract;

**Thence:** North 36°00'35" East, a distance of 58.90 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-20", set, for an angle point on the north line of herein described tract;

**Thence:** South 75°14'49" East, a distance of 39.71 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-21", set, for an angle point on the north line of herein described tract;

**Thence:** South 01°47'53" West, a distance of 59.48 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-22", set, for an angle point on the north line of herein described tract;

**Thence:** South 76°28'41" East, a distance of 299.55 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-23", set, for an angle point on the north line of herein described tract;

**Thence:** South 70°05'56" East, a distance of 124.02 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-24", set, for an angle point on the north line of herein described tract;

**Thence:** South 58°42'27" East, a distance of 928.34 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-25", set, for an angle point on the north line of herein described tract;

**Thence:** North 56°33'35" East, a distance of 14.54 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-26", set, for an angle point on the north line of herein described tract;

**Thence:** North 11°23'31" West, a distance of 35.28 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-27", set, for an angle point on the north line of herein described tract;

**Thence:** North 78°36'29" East, a distance of 37.57 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-28", set, for an angle point on the north line of herein described tract;

**Thence:** South 11°18'02" East, a distance of 40.89 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-29", set, for an angle point on the north line of herein described tract;

**Thence:** North 81°54'03" East, a distance of 18.21 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-30", set, for an angle point on the north line of herein described tract;

**Thence:** North 59°17'18" East, a distance of 35.22 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-31", set, for an angle point on the north line of herein described tract;

**Thence:** North 84°39'34" East, a distance of 587.44 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-32", set, for an angle point on the north line of herein described tract;

**Thence:** North 87°40'14" East, a distance of 96.86 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-33", set, for an angle point on the north line of herein described tract;

**Thence:** North 80°04'48" East, a distance of 118.86 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-34", set, for an angle point on the north line of herein described tract;

**Thence:** North 84°27'23" East, a distance of 632.45 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-35", set, for an angle point on the north line of herein described tract;

**Thence:** North 34°50'04" East, a distance of 7.77 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-36", set, for an angle point on the north line of herein described tract;

**Thence:** North 08°36'50" West, a distance of 11.90 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-37", set, for an angle point on the north line of herein described tract;

**Thence:** North 82°45'16" East, a distance of 21.11 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-38", set, for an angle point on the north line of herein described tract;

**Thence:** South 12°11'04" East, a distance of 17.51 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-39", set, for an angle point on the north line of herein described tract;

**Thence:** South 75°14'41" East, a distance of 9.85 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-40", set, for an angle point on the north line of herein described tract;

**Thence:** North 84°16'03" East, a distance of 2,676.27 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-41", set, for an angle point on the north line of herein described tract;

**Thence:** North 49°38'11" East, a distance of 16.32 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-42", set, for an angle point on the north line of herein described tract;

**Thence:** North 20°31'51" East, a distance of 43.10 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-43", set, for an angle point on the north line of herein described tract;

**Thence:** North 85°55'08" East, a distance of 54.80 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-44", set, for an angle point on the north line of herein described tract;

**Thence:** South 00°12'02" West, a distance of 43.36 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-WSL-4002-45", set, for an angle point on the north line of herein described tract;

**Thence:** North 84°43'26" East, a distance of 541.64 feet to the **Point of Beginning** and containing 44.697 acre or 1,947,015 square feet of land.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)



LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)



| LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N 49°38'11" E | 16.32' |
| L2 | N 20°31'51" E | 43.10' |
| L3 | N 85°55'08" E | 54.80' |
| L4 | S 00°12'02" W | 43.36' |

SCALE: 1"=100'

AGOSTADERO DEL GATO GRANT
HIDALGO COUNTY, TEXAS

SINGLETERRY
SUBDIVISION
VOL. 11, PG. 49
H.C.M.R.

FORTCO PROPERTIES, LTD.
DOC. NO. 2018-2895970
H.C.O.R.
EXECUTED MARCH 08, 2018

LOT 4
BLOCK 3

RGV-WSL-4002-44
RGV-WSL-4002-43   L3   L4
L1        N 84° 43'26" E
L2          541.64'

RGV-WSL-4002-45

N 84° 16'03" E   2,676.27'

RGV-WSL-4002-41
RGV-WSL-4002-42

LEVEE EASEMENT
VOL. 444, PG. 245
H.C.D.R.

RGV-WSL-4002
44.697 AC.
1,947,015 SQ. FT.

MATCH LINE "B"

SUBDIVISION LINE

WOODS

LEVEE EASEMENT
VOL. 434, PG. 346
H.C.D.R.

MATCH LINE "A"

S 84° 20'01" W   4,958.15'

LANDTECH
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364; TBPLS Registration No. 10019100

FORTCO PROPERTIES, LTD.

TRACT NO. RGV-WSL-4002

HIDALGO COUNTY                    TEXAS

Drawing Ref. No.:
SHEET 10 OF 21

| Mark | Description | Date | Appr. |
|---|---|---|---|

| | BY | DATE |
|---|---|---|
| Drawn | MP | 02/19 |
| Checked | AND | 02/19 |
| Surveyor | AND | 02/19 |
| Fld.Bk. # | 18RGVH-T1-L3 | |

CONTRACT NO.: W9127S-14-D-0013
T.o.: W45XMA81577987000 1

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
No. 1013942

B&F
ENGINEERING, INC.
926 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6959
(EMAIL) info@bnfeng.com

US Army Corps
of Engineers

LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)



AGOSTADERO DEL GATO GRANT
HIDALGO COUNTY, TEXAS

SCALE: 1"=100'

FORTCO PROPERTIES, LTD.
DOC. NO. 2018-2895970
H.C.O.R.
EXECUTED MARCH 08, 2018

N 84°16'03" E    2,676.27'

TOE OF SLOPE

LEVEE EASEMENT
VOL. 444, PG. 245
H.C.D.R.

DIRT / GRAVEL ROAD

TOE OF SLOPE

MATCH LINE "C"

MATCH LINE "B"

RGV-WSL-4002
44.697 AC.
1,947,015 SQ. FT.

WOODS

S 84°20'01" W    4,958.15'

SEE SHEET XX FOR MORE TABLE

| COORDINATE TABLE | | |
|---|---|---|
| POINT | NORTHING | EASTING |
| RGV-WSL-4002-16 | 16,552,127.27 | 1,112,494.34 |
| RGV-WSL-4002-17 | 16,552,118.46 | 1,112,546.09 |
| RGV-WSL-4002-18 | 16,552,086.08 | 1,112,532.52 |
| RGV-WSL-4002-19 | 16,552,070.89 | 1,112,564.22 |
| RGV-WSL-4002-20 | 16,552,118.54 | 1,112,598.85 |
| RGV-WSL-4002-21 | 16,552,108.42 | 1,112,637.26 |
| RGV-WSL-4002-22 | 16,552,048.97 | 1,112,635.39 |
| RGV-WSL-4002-23 | 16,551,978.93 | 1,112,926.63 |
| RGV-WSL-4002-24 | 16,551,936.72 | 1,113,043.25 |
| RGV-WSL-4002-25 | 16,551,454.53 | 1,113,836.54 |
| RGV-WSL-4002-26 | 16,551,462.55 | 1,113,848.68 |
| RGV-WSL-4002-27 | 16,551,497.13 | 1,113,841.71 |
| RGV-WSL-4002-28 | 16,551,504.55 | 1,113,878.54 |
| RGV-WSL-4002-29 | 16,551,464.45 | 1,113,886.55 |
| RGV-WSL-4002-30 | 16,551,467.02 | 1,113,904.57 |

| COORDINATE TABLE | | |
|---|---|---|
| POINT | NORTHING | EASTING |
| RGV-WSL-4002-31 | 16,551,485.00 | 1,113,934.85 |
| RGV-WSL-4002-32 | 16,551,539.68 | 1,114,519.74 |
| RGV-WSL-4002-33 | 16,551,543.62 | 1,114,616.52 |
| RGV-WSL-4002-34 | 16,551,564.09 | 1,114,733.61 |
| RGV-WSL-4002-35 | 16,551,625.19 | 1,115,363.10 |
| RGV-WSL-4002-36 | 16,551,631.57 | 1,115,367.54 |
| RGV-WSL-4002-37 | 16,551,643.34 | 1,115,365.76 |
| RGV-WSL-4002-38 | 16,551,646.00 | 1,115,386.70 |
| RGV-WSL-4002-39 | 16,551,628.89 | 1,115,390.40 |
| RGV-WSL-4002-40 | 16,551,626.38 | 1,115,599.92 |
| RGV-WSL-4002-41 | 16,551,893.69 | 1,118,062.81 |
| RGV-WSL-4002-42 | 16,551,904.26 | 1,118,075.24 |
| RGV-WSL-4002-43 | 16,551,944.62 | 1,118,090.36 |
| RGV-WSL-4002-44 | 16,551,948.52 | 1,118,145.02 |
| RGV-WSL-4002-45 | 16,551,905.16 | 1,118,144.87 |

## LANDTECH
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364; TBPLS Registration No. 10019100

FORTCO PROPERTIES, LTD.

TRACT NO. RGV-WSL-4002

HIDALGO COUNTY                                        TEXAS

| Mark | Description | Date | Appr |
|---|---|---|---|

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA81577987O001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

|  | BY | DATE |
|---|---|---|
| Drawn | MP | 02/19 |
| Checked | AND | 02/19 |
| Surveyor | AND | 02/19 |
| Fld.Bk. # | 18RGVH-T1-L3 | |

ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

Drawing Ref. No.
SHEET 11 OF 21

US Army Corps
of Engineers

LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)



LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)



LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)



AGOSTADERO DEL GATO GRANT
HIDALGO COUNTY, TEXAS

FORTCO PROPERTIES, LTD.
DOC. NO. 2018-2895970
H.C.O.R.
EXECUTED MARCH 08, 2018

RGV-WSL-4002
44.697 AC.
1,947,015 SQ. FT.

LEVEE EASEMENT
VOL. 431, PG. 465
H.C.D.R.

| LINE TABLE | | |
|------|------|------|
| LINE | BEARING | DISTANCE |
| L1 | N 34°50'04" E | 7.77' |
| L2 | N 08°36'50" W | 11.90' |
| L3 | N 82°45'16" E | 21.11' |
| L4 | S 12°11'04" E | 17.51' |
| L5 | S 75°14'41" E | 9.85' |

**LANDTECH**
engineering • surveying
2525 North Loop West, Suite 300, Houston, Texas 77008
T: 713-861-7068, F: 713-861-4131
TBPE Registration No. F-1364; TBPLS Registration No. 10019100

FORTCO PROPERTIES, LTD.

TRACT NO. RGV-WSL-4002

HIDALGO COUNTY                    TEXAS

Drawing Ref. No.
SHEET 14 OF 21

US Army Corps of Engineers

**LAND TO BE CONDEMNED**

## SCHEDULE D (Cont'd)



LAND TO BE CONDEMNED

## **SCHEDULE D (Cont'd)**



LAND TO BE CONDEMNED

**SCHEDULE D (Cont'd)**



LAND TO BE CONDEMNED

**SCHEDULE D (Cont'd)**



LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)



LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)



<span style="color:red">LAND TO BE CONDEMNED</span>

## SCHEDULE D (Cont'd)



LAND TO BE CONDEMNED

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-WSL-4002
Owner:  Fortco Properties, Ltd. *et al.*
Acres:  44.697

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

 Reserving to the owners of the lands identified in General Warranty Deed, Document No. 2018-2895970, Official Records, Hidalgo County, Texas; and the owners of a "Roadway" described in Exhibit A of Access Easement Agreement, Document No. 2008-1938311 and No. 2008-1936327, Official Records, Hidalgo County, Texas reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E-1



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FOUR HUNDRED THIRTY-EIGHT THOUSAND, SIX HUNDRED AND SEVENTY THREE DOLLARS AND NO/100 ($438,673.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Fortco Properties, Ltd.**<br>Marcus Forthuber, Registered Agent<br>409 East Military Highway<br>San Juan, TX 78589 | General Warranty Deed, Document #2018-2895970; Recorded March 12, 2018, Deed Records of Hidalgo County<br><br>Access Easement Agreement, Document Number 2008-1938311 dated October 17, 2008, Deed of Records Hidalgo County |
| **Kitayama Family Trust**<br><br>Donna, TX 78537 | Access Easement Agreement, Document Number 2008-1938311 dated October 17, 2008, Deed of Records Hidalgo County |
| **FOR SUBORDINATION ONLY:**<br>**Hidalgo County**<br>100 North Closner Boulevard<br>Edinburg, TX  78539 | Easement Deed, Volume 386, Page 551, Recorded May 11, 1934, Deed of Records Hidalgo County<br><br>Easement Deed, Volume 330, Page 619, Recorded March 3, 1934, Deed of Records Hidalgo County |
| **Hidalgo County Tax Assessor & Collector**<br>**Pablo "Paul" Villareal, Jr.**<br>2804 S. Business Hwy. 281<br>Edinburg, TX 78539 | Property Taxes |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Hilda M. Garcia Concepción, United States Attorney's Office, SDTX, 1701 West Bus. Hwy. 83, Ste. 600, McAllen, TX 78501

## DEFENDANTS

44.697 Acres of Land, More or Less, Situate in Hidalgo County, State of Texas; and Fortco Properties, LTD,

County of Residence of First Listed Defendant   San Juan
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Roy Brandys & Nicholas P. Laurent. Barron, Adler, Clough & Oddo, LLP. 808 Nueces Street, Austin, TX 78701

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question *(U.S. Government Not a Party)*
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 365 Personal Injury - Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | **IMMIGRATION** | **FEDERAL TAX SUITS** |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 462 Naturalization Application | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 465 Other Immigration Actions | ☐ 871 IRS—Third Party 26 USC 7609 |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | | ☐ 891 Agricultural Acts |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | ☐ 893 Environmental Matters |
| | | ☐ 550 Civil Rights | | ☐ 895 Freedom of Information Act |
| | | ☐ 555 Prison Condition | | ☐ 896 Arbitration |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| | | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for temporary easement (right of entry) to survey and conduct testing.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
02/04/2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____