UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-34 |
| | § | |
| 44.697 ACRES OF LAND, MORE OR LESS, *et al*, | § § | |
| | § | |
| Defendants. | § | |

### NOTICE OF ADVANCING OF INITIAL PRETRIAL CONFERENCE

The Initial Pretrial Conference (previously set for April 8, 2020) is hereby reset for March 4, 2020, at 9:00 a.m. before the Honorable Randy Crane, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

Counsel for Plaintiff is required to serve a copy of the Order for Conference and Disclosure of Interested Parties previously entered in this case together with a copy of this Order upon Defendant or Defendant's counsel.

SO ORDERED this 5th day of February, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge