United States District Court
Southern District of Texas
FILED

FEB 14 2020

David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 7:20-cv-034 |
| 44.697 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND FORTCO PROPERTIES LTD, *et al.*, <br> Defendants. | § § § § § § | |

## CLERK'S RECEIPT

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on February 14, 2020, I received from the United States of America, plaintiff herein, and deposited into the Registry of the Court, Check No. 8736-01855436, dated December 06, 2019, for the total sum of FOUR HUNDRED THIRTY EIGHT THOUSAND SIX HUNDRED SEVENTY THREE DOLLARS AND NO CENTS (438,673.00) being the additional amount of just compensation in the above entitled condemnation proceeding.

**CLERK, UNITED STATES DISTRICT COURT**

By: _____
      Deputy Clerk